United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCELLUS GREEN, et al.,

        Plaintiff,

  v.

DEPUTY R. BETZ,

        Defendant.

                             /

No. C-13-1671 MMC

**ORDER VACATING SEPTEMBER 20, 2013 HEARING ON DEFENDANT'S MOTION TO DISMISS**

Before the Court is the motion of defendant Deputy R. Betz, filed July 2, 2013, to dismiss plaintiffs' Complaint. Plaintiffs have filed opposition to the motion, to which Betz has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for SEPTEMBER 20, 2013.

**IT IS SO ORDERED.**

Dated: SEPTEMBER 17, 2013

                                    MAXINE M. CHESNEY
                                    United States District Judge