1  Thomas F. Bertrand, State Bar No. 056560
   Michael C. Wenzel, State Bar No. 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
4  San Francisco, California 94109
   Telephone: (415) 353-0999
5  Facsimile:  (415) 353-0990
   Email: mwenzel@bfesf.com
6
   Attorneys for Defendant
7  R. BETZ

8

9  JOHN L. BURRIS, State Bar No. 69888
   DEWITT M. LACY, State Bar No. 258789
10 LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
11 7677 Oakport Street, Suite 1120
   Oakland, California 94621
12 Telephone: (510) 839-5200
13 Facsimile:  (510) 839-3882
   Email: john.burris@johnburrislaw.com
14 Attorneys for Plaintiffs
   MARCELLUS GREEN; JENNIVIE GREEN;
15 JENNIVIE GREEN Guardian ad litem for C.G.

16

17                    UNITED STATES DISTRICT COURT
18                    NORTHERN DISTRICT OF CALIFORNIA
19

20

| | |
|---|---|
| MARCELLUS GREEN; JENNIVIE GREEN; JENNIVIE GREEN Guardian ad litem for C.G.; | Case No. 3:13-cv-01671-MMC |
| Plaintiffs, | **STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| DEPUTY R. BETZ, individually and in his capacity as a Deputy Sheriff for the COUNTY OF ALAMEDA; DOES 1-10, inclusive; individually and in their capacities as DEPUTY SHERIFFS for COUNTY OF ALAMEDA, | |
| Defendants. | |

1
STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
*Green, et al.  v. Betz, et al.*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01671-MMC

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1. On April 12, 2013, Plaintiff filed the Complaint initiating the above-captioned action against the County of Alameda and Deputy R. Betz.

2. On October 11, 2013, plaintiff filed a second amended complaint in this action. The response to that complaint is due October 25, 2013.

3. Counsel for defendant will be out of the country on vacation from October 18 through October 30, 2013.

4. The parties therefore stipulate to extend the time for defendant to respond to the Second Complaint through and including November 8, 2013.

5. This extension will not alter any event or deadline already fixed by Court order.

DATED: October 25, 2013                    LAW OFFICES OF JOHN L. BURRIS

                                           By: /s/ Dewitt Lacy
                                               John L. Burris
                                               DeWitt Lacy
                                               Attorneys for Plaintiff
                                               MARCELLUS GREEN, JENNIVIE GREEN,
                                               JENNIVIE GREEN guardian ad litem for C.G.

Dated: October 25, 2013                    BERTRAND, FOX & ELLIOT

                                           By: /s/ Michael C. Wenzel
                                               Michael C. Wenzel
                                               Attorneys for Defendants
                                               and R. BETZ

### [PROPOSED] ORDER

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendant to respond to plaintiff's Second Amended Complaint shall be extended to November 8, 2013.

Dated: __October 25__, 2013                /s/ Maxine M. Chesney
                                           Honorable Maxine M. Chesney
                                           UNITED STATES SENIOR DISTRICT JUDGE

2
STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
*Green, et al. v. Betz, et al.*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01671-MMC