Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendants
DEPUTY R. BETZ

JOHN L. BURRIS, State Bar No. 69888
DEWITT M. LACY, State Bar No. 258789
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
Email: john.burris@johnburrislaw.com

Attorneys for Plaintiff
MARCELLUS GREEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS GREEN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>DEPUTY R. BETZ, individually and in his capacity as a Deputy Sheriff for the County of Alameda; DOES 1-10, inclusive; individually and in their capacities as Deputy Sheriffs for the County of Alameda,<br><br>        Defendants. | Case No. 3:13-cv-01671-MMC<br><br>**STIPULATED REQUEST TO CONTINUE MEDIATION COMPLIANCE DATE; [PROPOSED] ORDER**<br><br><br><br><br>**Hon. Maxine M. Chesney** |

1
STIPULATED REQUEST TO CONTINUE MEDIATION COMPLIANCE DATE; [PROPOSED] ORDER
*Green, et al.  v. Betz, et al.*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01671-MMC

1    Defendant DEPUTY R. BETZ, deputy sheriff for the County of Alameda, and plaintiff

2  MARCELLUS GREEN, hereby stipulate as follows:

3    1.    The initial Complaint against DEPUTY R. BETZ was filed in this matter on April 12,

4  2013.  The plaintiff's Second Amended Complaint was filed on October 11, 2013.

5    2.    The parties appeared for the initial case management conference on September 27, 2013.

6    3.    Pursuant to the Pretrial Preparation Order dated September 27, 2013, the following

7  deadlines were set:

8        (a)    Non-Expert Discovery to be completed by September 19, 2014;

9        (b)    Expert Discovery to be completed by December 12, 2014;

10        (c)    Trial is scheduled for April 13, 2015.

11    4.    By Pretrial Preparation Order dated September 27, 2013, the Court also referred the matter

12  to mediation. Mediation was to be conducted within six months from September 27, 2013.  The

13  mediation compliance date in this matter is March 27, 2014.

14    5.    On November 5, 2013, the parties were assigned by the Court to Mediator Richard Wiebe.

15    6.    Since December 2013, the parties have been attempting to find a mutually agreeable time

16  to attend mediation with Mr. Wiebe. Plaintiff's counsel has been unable to provide any available dates

17  for mediation to date to either defendant's counsel or Mr. Wiebe.

18    7.    Defendant has conducted written discovery.  Since late December/early January 2014,

19  defendant has been attempting to schedule the essential depositions of the plaintiff and his wife so that

20  defendant would be adequately prepared to complete mediation by March 27, 2014 as ordered by this

21  Court.  No dates were provided despite numerous requests for same.

22    8.    On February 6, 2014, plaintiff's counsel informed defendant's counsel that plaintiff and

23  his wife cannot be made available for deposition until March 11, 2014.

24    9.    An extension of the mediation compliance date is therefore necessary for the parties to

25  complete required discovery, including necessary depositions, before mediation.  Absent a continuance,

26  defendant will be unable to conduct critical discovery and meaningfully participate in mediation.

27    10.    The parties therefore stipulate to extend the time for the parties to comply with mediation

28  through and including June 13, 2014.

STIPULATED REQUEST TO CONTINUE MEDIATION COMPLIANCE DATE; [PROPOSED] ORDER
*Green, et al.  v. Betz, et al.*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01671-MMC

1    11.    This extension will not alter any event or deadline already fixed by Court order.

2

3    Dated:  February 18, 2014                 LAW OFFICES OF JOHN L. BURRIS

4                                             By:    _/s/ Dewitt Lacy_____

5                                                John L. Burris
                                                 DeWitt Lacy
6                                                Attorneys for Plaintiff
                                                 MARCELLUS GREEN
7

8    Dated:  February 18, 2014                 BERTRAND, FOX & ELLIOT

9                                             By:    _/s/ Michael C. Wenzel_____

10                                               Michael C. Wenzel
                                                 Attorneys for Defendants
11                                               DEPUTY R. BETZ

12

13

14                                 **[PROPOSED] ORDER**

15        Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the mediation

16   compliance deadline shall be extended to June 13, 2014.

17

18   Dated:  February 19, 2014

19                                             Maxine M. Chesney
                                               UNITED STATES SENIOR DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                            3
STIPULATED REQUEST TO CONTINUE MEDIATION COMPLIANCE DATE; [PROPOSED] ORDER
*Green, et al.  v. Betz, et al.*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01671-MMC