1  Thomas F. Bertrand, State Bar No. 056560
   Michael C. Wenzel, State Bar No. 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5  Email: mwenzel@bfesf.com
6
   Attorneys for Defendants
7  DEPUTY R. BETZ
8
   JOHN L. BURRIS, State Bar No. 69888
9  DEWITT M. LACY, State Bar No. 258789
   LAW OFFICES OF JOHN L. BURRIS
10 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
11 Oakland, California 94621
   Telephone: (510) 839-5200
12 Facsimile:  (510) 839-3882
   Email: john.burris@johnburrislaw.com
13
   Attorneys for Plaintiff
14 MARCELLUS GREEN

                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17 MARCELLUS GREEN, an individual,          Case No. 3:13-cv-01671-MMC

18         Plaintiff,                       **STIPULATED REQUEST TO CONTINUE**
                                            **MEDIATION COMPLIANCE DATE;**
19 v.                                       **[PROPOSED] ORDER**

20 DEPUTY R. BETZ, individually and in his
   capacity as a Deputy Sheriff for the County of
21 Alameda; DOES 1-10, inclusive; individually
   and in their capacities as Deputy Sheriffs for the
22 County of Alameda,

23
           Defendants.
24                                          **Hon. Maxine M. Chesney**

25

26

27

28

                                    1
STIPULATED REQUEST TO CONTINUE MEDIATION COMPLIANCE DATE; [PROPOSED] ORDER
*Green, et al.  v. Betz, et al.*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01671-MMC

1    Defendant DEPUTY R. BETZ, deputy sheriff for the County of Alameda, and plaintiff

2    MARCELLUS GREEN, hereby stipulate as follows:

3    1.    The parties respectfully request at this time, due to the unavailability of the parties and

4    mediator Mr. Richard Wiebe, that the Mediation Compliance Date be continued for the following

5    reasons:

6    (a)    On November 5, 2013, the parties were assigned by the Court to Mediator Richard

7    Wiebe. Since December 2013, the parties have been conferring with Mr. Wiebe on available and

8    appropriate dates for mediation.

9    (b)    Due to the need for the parties to complete required and outstanding discovery

10    before mediation, including necessary deposition which included traveling out of the bay area, the parties

11    were unable to comply with the September 27, 2013 order to complete mediation by March 27, 2013 and

12    filed a Stipulated Request to Continue Mediation Compliance Date on February 18, 2014.

13    (c)    On February 19, 2014, the Court extended the Mediation Compliance Deadline to

14    June 13, 2014.

15    (d)    On February 28, 2014, Mr. Wiebe informed counsel that his availability was

16    limited from the middle to the end of May and the first week of June and requested that counsel provide

17    their availability for mediation for June 9 through 13, 2014.

18    (e)    On April 9, 2014, defendant's counsel informed Mr. Wiebe and plaintiff's counsel

19    of defendant's availability for mediation on June 9th and 11th.

20    (f)    On April 9, 2014, following defendant's counsel's correspondence regarding

21    availability for mediation, plaintiff's counsel informed Mr. Wiebe and defendant's counsel that plaintiff

22    was not available the week of June 9th due to plaintiff's counsel's trial schedule. Plaintiff's counsel

23    indicated that he was available for mediation the first week of June.

24    (g)    A number of dates in the first and second week of June were discussed among the

25    parties and Mr. Wiebe as potentially available for mediation. None of the dates exchanged were available

26    for all necessary and involved parties.

27    (h)    On May 19, 2014, in a further attempt to determine an appropriate and agreeable

28    date for mediation, defendant requested plaintiff provide any dates between that day and the mediation

2

STIPULATED REQUEST TO CONTINUE MEDIATION COMPLIANCE DATE; [PROPOSED] ORDER
*Green, et al.  v. Betz, et al.*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01671-MMC

compliance deadline of June 13, 2014 that plaintiff would be available to attend mediation. Plaintiff replied on May 20, 2014 that they were available on June 9, 10, and 11, 2014.

(i) On May 27, 2014, Mr. Wiebe informed the parties that he had been summoned for jury duty the week of June 9, 2014.

(j) Plaintiff resides outside of the bay area thus further complicating the scheduling of mediation due to his traveling issues.

2. Due to the schedules of the parties' counsel, the mediator, and the plaintiff, the parties have been unable to schedule mediation.

3. In anticipation of the Court's approval of this stipulation, defendant's requested and Mr. Wiebe provided his availability for the last two weeks of July, 2014.

4. On June 12, 2014 the parties agreed to stipulate to an extension of the mediation compliance deadline, subject to the Court's approval, to accommodate the parties' and the mediator's schedules.

5. A further extension of the mediation compliance date is therefore necessary for the parties to complete mediation.  Absent a continuance, the parties will be unable to participate in mediation prior to the currently set deadline of June 13, 2014.

6. The parties therefore stipulate to extend the time for the parties to comply with mediation through and including August 29, 2014.

7. This extension will not alter any event or deadline already fixed by Court order.

8. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order

**IT IS SO STIPULATED.**

Dated:  June 12, 2014                                        LAW OFFICES OF JOHN L. BURRIS

                                                                        By:  ___*/s/ Dewitt Lacy*_____
                                                                            John L. Burris
                                                                            DeWitt Lacy
                                                                            Attorneys for Plaintiff
                                                                            MARCELLUS GREEN

STIPULATED REQUEST TO CONTINUE MEDIATION COMPLIANCE DATE; [PROPOSED] ORDER
*Green, et al.  v. Betz, et al.*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01671-MMC

1    Dated:  June 12, 2014                              BERTRAND, FOX & ELLIOT

2                                                  By:      /s/ *Michael C. Wenzel*
                                                        Michael C. Wenzel
3                                                       Attorneys for Defendants
                                                        DEPUTY R. BETZ
4

5

6

7                                        **[PROPOSED]** ORDER

8            Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the mediation

9    compliance deadline shall be extended to August 29, 2014.

10

11   Dated:  June 13     , 2014

12                                                    Maxine M. Chesney
                                                      UNITED STATES SENIOR DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE MEDIATION COMPLIANCE DATE; [PROPOSED] ORDER
*Green, et al.  v. Betz, et al.*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01671-MMC