UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARCELLUS GREEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPUTY ROBERT BETZ, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-1671 MMC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     July 21, 2014<br>Mediator: Richard Wiebe |

    IT IS HEREBY ORDERED that the request to excuse defendant Robert Betz from appearing in person at the July 21, 2014, mediation before Richard Wiebe is GRANTED. Deputy Betz shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

July 17, 2014                    By: _____
Dated                                    Maria-Elena James
                                         United States Magistrate Judge