UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARCELLUS GREEN, et al.,

    Plaintiffs,

v.

DEPUTY ROBERT BETZ, et al.,

    Defendants.

No. C 13-1671 MMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     July 21, 2014
Mediator:  Richard Wiebe

IT IS HEREBY ORDERED that the request to excuse defendant Robert Betz from appearing in person at the July 21, 2014, mediation before Richard Wiebe is GRANTED. Deputy Betz shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

July 17, 2014

Dated

By: _____
Maria-Elena James
United States Magistrate Judge