IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS GREEN; JENNIVIE GREEN; JENNIVIE GREEN Guardian ad litem for C.G., <br><br>  Plaintiffs, <br>  v. <br><br> DEPUTY R. BETZ, <br><br>  Defendant. | No. C 13-1671 MMC <br><br> **ORDER OF DISMISSAL** |

The parties having advised the court-appointed mediator that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: July 24, 2014

_____
MAXINE M. CHESNEY
United States District Judge